## Commonwealth *v.* McFarland, Appellant.

Before STEFAN, J.

Argued September 10, 1974. *Calvin S. Drayer, Jr.,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* McKnight, Appellant.

Before DiBONA, J.

Argued September 11, 1974. *David Rudovsky,* with him *David Kairys,* and *Kairys & Rudovsky,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *Steven H. Goldblatt,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The Commonwealth being in agreement, the order of the court below is reversed and defendant is discharged.